ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
RACQUEL B. MARTIN (S.B. #331285)
rmartin@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California, 94111-3823
Telephone:    (415) 984-8912
Facsimile:    (415) 984-8701

Attorneys for Defendant
Bank of America, N.A.


Joshua H. Haffner, Esq.
Trevor Weinberg, Esq.
HAFFNER LAW PC
445 S. Figueroa Street, Suite 2625
Los Angeles, CA 90071
Telephone: (213) 514-5681
Facsimile:  (213) 514-5682
jhh@haffnerlawyers.com
tw@haffnerlawyers.com

Attorneys for Plaintiffs
David Gentilcore, Gino Palomino,
Angela Loukos, Debra Delgado,
and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GENTILCORE, an individual, GINO PALOMINO, an individual; ANGELA LOUKOS, an individual; DEBRA DELGADO, an individual, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:21-CV-01237-TLN-CKD <br><br> **JOINT STIPULATION AND ORDER REGARDING ANSWER AND SECOND AMENDED COMPLAINT** |

- 1 -

Plaintiffs David Gentilcore, Gino Palomino, Angela Loukos, Debra Delgado, and all others similarly situated ("Plaintiffs"), and Defendant Bank of America, N.A. ("Defendant"), hereby submit this Joint Stipulation and [Proposed] Order Regarding Answer and First Amended Complaint:

**WHEREAS**, Plaintiffs filed the Complaint [Doc. No. 1] in this matter on July 14, 2021;

**WHEREAS**, Plaintiffs filed a First Amended Complaint [Doc. No. 4] in this matter on July 29, 2021;

**WHEREAS**, Defendant agreed to a Waiver of Service  [Doc. No. 5] regarding the First Amended Complaint, resulting in a deadline to answer, move, or otherwise respond to the First Amended Complaint by September 27, 2021;

**WHEREAS**, on September 24, 2021, Plaintiffs indicated to Defendant that they wished to file a Second Amended Complaint, adding a cause of action under the Labor Code Private Attorneys General Act, Labor Code §§ 2698 *et seq.* ("PAGA"), and requested that Defendant stipulate to same;

**WHEREAS**, Defendant indicated that it would stipulate to the filing of a Second Amended Complaint, so long as the new complaint only added a PAGA claim, and so long as it was understood that Defendant was only consenting to the filing of the new complaint, and was not (i) admitting any of the substantive or procedural allegations in the Second Amended Complaint or (ii) waiving any substantive or procedural defenses thereto; and

**WHEREAS**, the parties agreed to extend Defendant's deadline to answer, move, or otherwise respond to the First Amended Complaint by approximately two weeks to allow Plaintiffs time to draft the Second Amended Complaint and the parties time to stipulate to the filing of the same;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

1.     Defendant's deadline to answer, move, or otherwise respond to the First Amended Complaint is extended to October 11, 2021; and

JOINT STIPULATION AND ORDER
REGARDING ANSWER AND SECOND
AMENDED COMPLAINT
CASE NO. 2:21-CV-01237-TLN-CKD

1      2.    Plaintiffs shall have until October 4, 2021 to file their Second Amended

2  Complaint adding a cause of action under PAGA; and

3      3.    Defendant will have thirty (30) days from the filing of the Second Amended

4  Complaint to answer, move, or otherwise respond to the Second Amended Complaint.

5  Respectfully:

6

7      Dated:  September 28, 2021

8                                     ADAM P. KOHSWEENEY
                                     RACQUEL B. MARTIN

9                                     O'MELVENY & MYERS LLP

10

11                                  By:              /s/ *Adam P. KohSweeney*
                                               Adam P. KohSweeney

12                                     *Attorneys for Defendant*

13                                     *Bank of America, N.A.*

14      Dated:  September 28, 2021

15                                       JOSHUA H. HAFFNER

16                                       TREVOR WEINBERGN
                                       HAFFNER LAW PC

17

18                                  By:              /s/ *Joshua H. Haffner*

19                                              Joshua H. Haffner

20                                     *Attorneys for Plaintiffs David*

21                                     *Gentilcore, Gino Palomino, Angela*
                                     *Loukos, Debra Delgado, and all others*

22                                     *similarly situated*

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
REGARDING ANSWER AND SECOND
AMENDED COMPLAINT
CASE NO. 2:21-CV-01237-TLN-CKD

## **ATTESTATION OF FILING**

I, Adam P. KohSweeney, hereby attest that concurrence in the filing of this Stipulation Regarding Answer and Second Amended Complaint, and authorization to file same, has been obtained from each of the other signatories listed above.

Dated:  September 28, 2021

ADAM P. KOHSWEENEY
RACQUEL B. MARTIN
O'MELVENY & MYERS LLP


By:        /s/ *Adam P. KohSweeney*
                Adam P. KohSweeney

*Attorneys for Defendant*
*Bank of America, N.A.*

JOINT STIPULATION AND ORDER
REGARDING ANSWER AND SECOND
AMENDED COMPLAINT
CASE NO. 2:21-CV-01237-TLN-CKD

1

**ORDER**

2       Good cause appearing, it is hereby ordered that (i) Defendant's deadline to file its Answer

3  to the First Amended Complaint [Doc. No. 4] is extended to October 11, 2021, to allow the

4  Plaintiffs time to file a Second Amended Complaint adding a cause of action under the Labor

5  Code Private Attorneys' General Act, Labor Code §§ 2698 *et seq*, with the understanding that

6  Plaintiffs shall have until October 4, 2021 to file their Second Amended Complaint adding a

7  cause of action under PAGA and Defendant will then have thirty (30) days to answer, move, or

8  otherwise respond to the Second Amended Complaint.

9

10  Dated: September 29, 2021

11

12                                  Troy L. Nunley
United States District Judge