**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GENTILCORE, an individual, GINO PALOMINO, an individual; ANGELA LOUKOS, an individual; DEBRA DELGADO, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:21-CV-01237-TLN-CKD<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER |

1     IT IS HEREBY ORDERED, upon review of the Stipulated Protective Order filed in the above-captioned matter on January 28, 2022, and for good cause shown, that the Stipulated Protective Order is GRANTED.

    IT IS SO ORDERED.

Dated:  February 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.gent1237.po

- 2 -

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER
CASE NO. 2:21-CV-01237-TLN-CKD